UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CARLOS JIMENEZ and JUAN PINZON, individually, and on behalf of other members of the general public similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>ROOFLINE, INC. dba ROOFLINE SUPPLY & DELIVERY, an Oregon corporation; SRS DISTRIBUTION INC., a Delaware corporation; J.B. WHOLESALE ROOFING AND BUILDING SUPPLIES, INC., a California Corporation; BUILDERS SUPPLY LOGISTICS, INC., a Delaware corporation; and DOES 1 THROUGH 10, inclusive,<br><br>            Defendants. | No. 2:23-cv-398 WBS JDP<br><br><br><br>ORDER RELATING CASES |

1

|   |   |   |
|---|---|---|
| ALBERT GUAZON and ERNESTO LAINEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>HERITAGE LANDSCAPE SUPPLY GROUP, INC., a Delaware corporation; SRS DISTRIBUTION INC., a Delaware corporation; and DOES 1 THROUGH 100, inclusive,<br><br>            Defendants. | No. 2:23-cv-575 TLN AC |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because the cases assert similar wage and hour claims against defendant SRS Distribution, Inc. and involve partially overlapping putative classes.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated

Jimenez v. Roofline, Inc., 2:23-cv-398 WBS JDP, and Guazon v. Heritage Landscape Supply Group, Inc., Case No. 2:23-cv-575 TLN AC, be, and the same hereby are, deemed related. The case denominated Guazon v. Heritage Landscape Supply Group, Inc., Case No. 2:23-cv-575 TLN AC, shall be reassigned to the Honorable WILLIAM B. SHUBB. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as Guazon v. Heritage Landscape Supply Group, Inc., Case No. 2:23-cv-575 WBS JDP.

  IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated: April 3, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE