Ronald H. Bae (SBN 186826)
rbae@AequitasLegalGroup.com
Olivia D. Scharrer (SBN 291470)
oscharrer@AequitasLegalGroup.com
Carson M. Turner (SBN 345992)
cturner@AequitasLegalGroup.com
AEQUITAS LEGAL GROUP
A Professional Law Corporation
1156 E. Green Street, Suite 200
Pasadena, California 91106
Telephone:   (213) 674-6080
Facsimile:   (213) 674-6081

Attorneys for Plaintiffs Albert Guazon and Ernesto Lainez

Carrie A. Gonell, Bar No. 257163
carrie.gonell@morganlewis.com
Samuel S. Sadeghi, Bar No. 311785
sam.sadeghi@morganlewis.com
Mayra Negrete, Bar No. 333491
mayra.negrete@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Telephone: (714) 830-0600
Facsimile: (714) 830-0700

Attorneys for Defendants
Heritage Landscape Supply Group, Inc. and
SRS Distribution, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT GUAZON and ERNESTO LAINEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>HERITAGE LANDSCAPE SUPPLY GROUP, INC., a Delaware corporation; SRS DISTRIBUTION INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | No. 2:23-cv-00575 WBS JDP<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO STAY THE ACTION; ORDER STAYING ACTION** |

Plaintiffs Albert Guazon and Ernesto Lainez ("Plaintiffs") and Defendants Heritage Landscape Supply Group, Inc. and SRS Distribution Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs Albert Guazon and Ernesto Lainez filed this putative class action against Defendants in the Superior Court of the State of California, County of San Joaquin on February 21, 2023. Defendants removed the action to the United States District Court, Eastern District of California on March 27, 2023;

**WHEREAS**, on March 12, 2024, the Parties reached a global settlement of this action and the related action entitled *Carlos Jimenez v. Roofline, Inc.*, No. 34-2023-00333516-CU-OE-GDS (Sacramento County Superior Court) ("Jimenez Action"). As a condition of the class and PAGA action settlement, the Parties agreed to seek approval of the settlement in the Jimenez Action.

**NOW THEREFORE**, in light of the foregoing, the Parties respectfully request that this Action be stayed pending the settlement approval proceedings in the Jimenez Action. The Parties will file periodic status reports (every 90 days) to apprise this Court of the developments in the Jimenez Action. Upon final approval of the settlement in the Jimenez Action, the Parties will stipulate to dismiss this action.

**IT IS SO STIPULATED.**

Dated:                                            AEQUITAS LEGAL GROUP

                                        By: */s/ Ronald H. Bae*
                                        Ronald H. Bae
                                        Attorneys for Plaintiffs Albert Guazon and Ernesto Lainez

Dated:                                            MORGAN, LEWIS & BOCKIUS LLP

                                        By: */s/ Samuel S. Sadeghi*
                                        Carrie Gonell
                                        Samuel S. Sadeghi
                                        Attorneys for Defendants Heritage Landscape Supply Group, Inc. and SRS Distribution Inc.

# ORDER

Based on the Parties' stipulation, and **GOOD CAUSE** having been shown, **IT IS HEREBY ORDERED** that: (1) this action is stayed pending the settlement approval proceedings in the Jimenez Action; (2) the Parties will file periodic status reports to apprise this Court on the status of the settlement approval proceedings in the Jimenez Action; (3) the first status report will be due on September 25, 2024 with each subsequent status report due within 90 days of each other; and (3) all current deadlines are vacated.

**IT IS SO ORDERED.**

Dated: June 26, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE