Ronald H. Bae (SBN 186826)
rbae@AequitasLegalGroup.com
Olivia D. Scharrer (SBN 291470)
oscharrer@AequitasLegalGroup.com
Carson M. Turner (SBN 345992)
cturner@AequitasLegalGroup.com
AEQUITAS LEGAL GROUP
A Professional Law Corporation
1156 E. Green Street, Suite 200
Pasadena, California 91106
Telephone:     (213) 674-6080
Facsimile:     (213) 674-6081

Attorneys for Plaintiffs
ALBERT GUAZON and ERNESTO LAINEZ

Carrie A. Gonell, Bar No. 257163
carrie.gonell@morganlewis.com
Samuel S. Sadeghi, Bar No. 311785
sam.sadeghi@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Telephone: (714) 830-0600
Facsimile:  (714) 830-0700
Attorneys for Defendants
Heritage Landscape Supply Group, Inc. and
SRS Distribution, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GUAZON and ERNESTO LAINEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>HERITAGE LANDSCAPE SUPPLY GROUP, INC., a Delaware corporation; SRS DISTRIBUTION INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | **Case No.  2:23-cv-00575-WBS-JDP**<br>[Hon. William B. Shubb]<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER** |

STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER

**AEQUITAS LEGAL GROUP**
A Professional Law Corporation
1156 E. Green Street, Suite 200
Pasadena, California 91106

Plaintiffs Albert Guazon and Ernesto Lainez ("Plaintiffs") and Defendants Heritage Landscape Supply Group, Inc. and SRS Distribution Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs filed this putative class action against Defendants in the Superior Court of the State of California, County of San Joaquin on February 21, 2023, and Defendants removed the action to the United States District Court, Eastern District of California on March 27, 2023;

**WHEREAS**, on March 12, 2024, the Parties reached a global settlement of this action and the related action entitled *Carlos Jimenez v. Roofline, Inc.*, No. 34-2023-00333516-CU-OE-GDS (Sacramento County Superior Court) ("Jimenez Action");

**WHEREAS**, on August 1, 2024, plaintiffs in the Jimenez Action filed a Second Amended Complaint that added Plaintiffs as named plaintiffs in the Jimenez Action;

**WHEREAS**, as a condition of the class and PAGA action settlement, the Parties agreed to seek approval of the settlement in the Jimenez Action;

**WHEREAS**, on November 24, 2025, the Honorable Jill H. Talley of the Sacramento County Superior Court entered an Order and Judgement Granting the Motion for Final Approval of the Settlement in the Jimenez Action (see **Exhibit A**, which is true and correct copy of the aforementioned Order and Judgment in the Jimenez Action);

**WHEREAS**, no class has been certified in this action;

**WHEREAS**, Plaintiffs have not received and will not receive any separate or additional consideration for dismissing this action other than as provided by the settlement approved in the Jimenez Action;

**WHEREAS**, the Parties submit that dismissal of this action will not prejudice absent putative class members.

**NOW THEREFORE**, in light of the foregoing, the Parties respectfully request that this action be dismissed with prejudice as to all claims, causes of action, and parties pursuant to Federal Rule of Civil Procedure 41a(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

/ / /

Date:    April 1, 2026                    AEQUITAS LEGAL GROUP


By:    _/s/ Carson M. Turner_____
         RONALD H. BAE
         OLIVIA D. SCHARRER
         CARSON M. TURNER
Attorneys for Plaintiffs ALBERT GUAZON
and ERNESTO LAINEZ


Date:    April 1, 2026                    MORGAN, LEWIS, & BOCKIUS


By: _/s/ Samuel S. Sadeghi_ (as authorized on 4/1/2026)
         CARRIE A. GONELL
         SAMUEL S. SADEGHI
Attorneys for Defendants HERITAGE LANDSCAPE
SUPPLY GROUP, INC. and
SRS DISTRIBUTION, INC.

-3-

STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER

2:23-CV-00575-WBS-JDP

**ORDER**

Based on the Parties' stipulation, and good cause having been shown, IT IS HEREBY ORDERED that this action is dismissed with prejudice as to all claims, causes of action, and parties pursuant to Federal Rule of Civil Procedure 41a(1)(A)(ii), with each party to bear its own attorneys' fees and costs

**IT IS SO ORDERED.**

Dated:  April 7, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

AEQUITAS LEGAL GROUP
A Professional Law Corporation
1156 E. Green Street, Suite 200
Pasadena, California 91106